LUCIUS B. HUTCHINSON, Appellant, *v.* THE PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondents, Impleaded with Another.

*Hutchinson* v. *President, etc., of Manhattan Co.,* 49 App. Div. 629, affirmed.

(Submitted February 14, 1902; decided March 4, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 14, 1900, affirming a judgment in favor of defendants entered upon a verdict directed by the court.

*John L. Branch* and *Jehiel T. Hurd* for appellant.

*Charles E. Rushmore* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and CULLEN, JJ. Absent: WERNER, J.

---

ADOLPH GOLDMARK, Appellant, *v.* MAGNOLIA METAL COMPANY, Respondent.

*Goldmark* v. *Magnolia Metal Co.,* 44 App. Div. 35, affirmed.
(Argued February 14, 1902; decided March 4, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 31, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*John Frankenheimer* and *L. A. Gould* for appellant.

*Alexander S. Bacon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and CULLEN, JJ. Absent: HAIGHT and WERNER, JJ.